490

150 A.3d 956

Nancy D. MARTZ, Executrix of the Estate of
Harry L. Otto, Deceased, Respondent

v.

GOLDEN GATE NATIONAL SENIOR CARE, LLC; GGNSC Al-
toona Hillview LP, d/b/a Golden Living Center–Hillview GP
LLC; GGNSC Altoona Hillview GP LLC; GGNSC Holdings
LLC; GGNSC Equity Holdings, LLC; GGNSC Administrative
Services, LLC; GGNSC Clinical Services, LLC; Golden Gate
Ancillary, LLC; Denise Curry, an individual, and Robert Etc-
hells, NHA, Petitioners

No. 120 WAL 2016

Supreme Court of Pennsylvania.

November 17, 2016

## ORDER

PER CURIAM

**AND NOW**, this 17th day of November, 2016, the Petition
for Allowance of Appeal is **GRANTED**. The Superior Court's
order is **VACATED**. This matter is **REMANDED** for pro-
ceedings consistent with the decision in *Taylor v. Extendicare
Health Facilities, Inc.*, 147 A.3d 490 (Pa. 2016).